IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KELLY NICOLE JONES                                                    PLAINTIFF

v.                             No. 4:11-cv-686-DPM

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                        DEFENDANT

JUDGMENT

The Court affirms the denial of benefits. Jones's complaint is dismissed with prejudice.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

24 August 2012